**NOT FOR PUBLICATION IN WEST'S HAWAI‘I REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-24-0000459**
**10-MAR-2026**
**08:00 AM**
**Dkt. 190 SO**

NO. CAAP-24-0000459

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I

ANNETTE BLOCH, Plaintiff-Appellee,
v.
DAVID MICHAEL BLOCH, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(CASE NO. 3FDV-22-0000791)

**SUMMARY DISPOSITION ORDER**
(By: Leonard, Presiding Judge, Hiraoka and Guidry, JJ.)

Self-represented Defendant-Appellant David Michael Bloch (**Husband**) appeals from the "Decree Granting Absolute Divorce" (**Divorce Decree**) entered on June 13, 2024 by the Family Court of the Third Circuit (**family court**).[1]

---

[1] The Honorable Jeffrey W. Ng presided.

Upon careful review of the record, the parties' briefs, and relevant legal authorities, we affirm the Divorce Decree. Husband's opening brief contains no statement of the points of error, as required by Rule 28(b)(4) of the Hawaiʻi Rules of Appellate Procedure, and provides no discernible argument, references to the record on appeal, or citations to legal authority. Husband did not order any transcripts of proceedings for the record on appeal. See Bettencourt v. Bettencourt, 80 Hawaiʻi 225, 230, 909 P.2d 553, 558 (1995) ("The burden is upon appellant in an appeal to show error by reference to matters in the record, and he or she has the responsibility of providing an adequate transcript." (cleaned up)).

Although we do not automatically foreclose self-represented litigants from appellate review if they do not comply with court rules, Erum v. Llego, 147 Hawaiʻi 368, 380-81, 465 P.3d 815, 827-28 (2020), we are unable to discern any basis for Husband's apparent contention that the family court erred by entering the Divorce Decree. See Kakinami v. Kakinami, 127 Hawaiʻi 126, 144 n.16, 276 P.3d 695, 713 n.16 (2012) (noting that this court may "disregard a particular contention if the appellant makes no discernible argument in support of that position" (citation omitted)).

We therefore affirm the family court's Divorce Decree.[2]

DATED: Honolulu, Hawaiʻi, March 10, 2026.

On the briefs:                    /s/ Katherine G. Leonard
                                  Presiding Judge
David Michael Bloch,
Self-represented                  /s/ Keith K. Hiraoka
Defendant-Appellant.              Associate Judge

Jeremy J.K. Butterfield,          /s/ Kimberly T. Guidry
for Plaintiff-Appellee.           Associate Judge

---

[2] Husband's February 20, 2026 "Appellant/Affiant Personal Affidavit, Consecution," and February 27, 2026 "CAAP-24-0000459: Written Response in Opposition, Memorandum Entered Objection, (UNTIMELY Recordation, Dkt. 182 AF)(EXH A)," which we construe to be motions, are denied.